In the Matter of the Accounting of D. HUMES MCLAUGHLIN et al., as Executors of THOMAS J. MCLAUGHLIN, Deceased, Respondents.

EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al., Appellants.

MARTHA W. MCLAUGHLIN, as Executrix of CHARLES R. MCLAUGHLIN, Deceased, et al., Respondents.

Submitted March 1, 1943; decided March 11, 1943.

Motion for reargument by Equitable Life Assurance Society denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 738.)